KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

SYDNEY SPECTOR #11232
CRAIG S. NOLAN
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Sydney.Spector@usdoj.gov
         Craig.Nolan@usoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>REAL PROPERTY LOCATED AT 12449 EQUINE LANE IN WELLINGTON, FLORIDA, ETC.<br><br>　　　　　Defendants *in Rem*. | CASE NO. CV23-00450 JMS-RT<br><br>ORDER GRANTING *EX PARTE* MOTION TO UNSEAL COMPLAINT AND FOR A LIMITED LIFT OF THE STAY OF THE CIVIL FORFEITURE ACTION |

ORDER GRANTING *EX PARTE* MOTION TO UNSEAL
COMPLAINT AND FOR A
<u>LIMITED LIFT OF THE STAY OF THE CIVIL FORFEITURE ACTION</u>

The Court having considered the United States of America's *Ex Parte* Motion to Unseal Complaint and for a Limited Lift of the Stay of the Civil Forfeiture Action, and good cause appearing therefor,

IT IS HEREBY ORDERED that all documents to be filed in this case, and all docket references to such documents, shall be unsealed.

IT IS FURTHER ORDERED that the stay of this civil forfeiture action shall be lifted to allow the United States to provide direct notice to known potential claimants and publish notice, pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and 18 U.S.C. § 985(c), and to allow claimants to file claims and answers.

//

//

//

//

//

//

//

IT IS FURTHER ORDERED that, other than as stated in the prior paragraph, this civil forfeiture action shall be stayed, pursuant to the Court's determination under 18 U.S.C. § 981(g)(1) that civil discovery could adversely affect the Government's ability to conduct the ongoing related criminal investigation or the prosecution of a related criminal case, pending further order of this Court.

DATED: November 12, 2025, at Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge

*United States of America vs. Real Property Located at 12449 Equine Lane, etc.;* Case No. CV23-00450 JMS-RT "Order Granting *Ex Parte* Motion to Unseal Complaint and for a Limited Lift of the Stay of the Civil Forfeiture Action"