KENNETH M. SORENSON
United States Attorney
District of Hawaii

SYDNEY SPECTOR #11232
CRAIG S. NOLAN
Assistant U.S. Attorneys
Room 6-100, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Email: Sydney.Spector@usdoj.gov
          Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | Case No. CV23-00450 JMS-RT |
|---|---|
| Plaintiff, | NOTICE OF CIVIL FORFEITURE ACTION |
| vs. | |
| REAL PROPERTY LOCATED AT 12449 EQUINE LANE IN WELLINGTON, FLORIDA, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; | |
| REAL PROPERTY LOCATED AT 1118 ALA MOANA BLVD. APT 16C, IN HONOLULU, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; | |

| |
|---|
| REAL PROPERTY LOCATED AT 61-707 PAPAILOA RD, HALEIWA, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; <br><br> REAL PROPERTY LOCATED AT 62-117 LOKOEA PL, UNIT 1, HALEIWA, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; AND <br><br> $592,960.00 LOCATED IN BANK OF HAWAII "HNC-VICTORIA PLACE ACCOUNT" SAVINGS ACCOUNT ENDING IN 6349, AND ANY INTEREST ACCRUED THEREON SINCE ITS DESPOSIT; <br><br> Defendants *in Rem*. |

## NOTICE OF CIVIL FORFEITURE ACTION

TO:   ALL PERSONS WITH A POTENTIAL INTEREST IN THE ABOVE-CAPTIONED PROPERTY

The enclosed Amended Complaint for Forfeiture is sent pursuant to Rule G(4)(b) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions (hereinafter referred to as the "Supplemental Rules").

1.   DATE OF NOTICE:  November 20, 2025.

2

2.  FORFEITURE COMPLAINT:

On November 10, 2025, the United States of America filed an Amended Civil Complaint for Forfeiture in the United States District Court for the District of Hawaii, seeking forfeiture of the above-captioned defendant properties, pursuant to 18 U.S.C. § 981(a)(1)(A), as properties involved in a violation of 18 U.S.C. § 1957, or property traceable thereto, and pursuant to 18 U.S.C. § 981(a)(1)(C), as properties that constitute or are derived from proceeds of wire fraud in violation of 18 U.S.C. § 1343 and/or theft concerning a federally-funded program in violation of 18 U.S.C. § 666, or a conspiracy to commit such offenses.

3.  FILING OF A VERIFIED CLAIM:

Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant properties, any person who asserts an interest in the defendant properties must file a verified claim within 35 days after the date of this notice, if the notice is delivered by mail, or within 35 days of the date of delivery, if the notice is personally served and not sent by mail.

4. <u>CONTENTS OF VERIFIED CLAIM</u>:

Pursuant to Supplemental Rule G(5)(a)(i), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury (*see* 28 U.S.C. § 1746).

5. <u>FILING OF AN ANSWER</u>:

If you file a verified claim, you must then file an answer to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after filing the verified claim.

6. <u>FILING WITH COURT AND SERVICE ON UNITED STATES</u>:

The verified claim and answer or motion must be filed with the Office of the Clerk, United States District Court for the District of Hawaii, at 300 Ala Moana Boulevard, Room C-338, Honolulu, Hawaii 96850, and a copy of the claim and answer or motion must be sent to Sydney Spector, Assistant United States Attorney, at the United States Attorney's Office, 300 Ala Moana Boulevard, Room 6-100, Honolulu, Hawaii 96850.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for the relief demanded in the**

4

**Complaint, and you will lose your interest, if any, in the Defendant Property. You may wish to seek legal advice to protect your interests.**

Additional procedures and regulations regarding this forfeiture action may be found at 18 U.S.C. § 983.

All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of filing a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action, pursuant to 28 C.F.R. §§ 9.1, *et seq.* Such petitions must be filed with the United States Attorney's Office and should be addressed to the attention of Assistant United States Attorney Sydney Spector.

DATED: November 20, 2025 in Honolulu, Hawaii.

    KENNETH M. SORENSON
    United States Attorney
    District of Hawaii

    By <u>/s/ Sydney Spector</u>
      SYDNEY SPECTOR
      Assistant U.S. Attorney

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA