FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Nov 26, 2025 1:02 PM**
Lucy H.Carrillo, Clerk of Court

## RETURN ON WARRANT FOR ARREST *IN REM*

United States of America v. Real Property Located at 12449 Equine Lane in Wellington, Florida, etc.;
Civil No. 23-00450 JMS-RT

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
DATE WARRANT RECEIVED: 11/18/2025

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
DATE AND TIME WARRANT EXECUTED: 11/20/2025 at 8:28am

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
PROPERTY ARRESTED PURSUANT TO THE WARRANT [Any additional pages attached to this Return are incorporated herein by reference]:

HNC- Victoria Place Account ending in 6349
Bank of Hawaii

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

### CERTIFICATION

I hereby certify that on the date and time set out above, I executed this Warrant for Arrest *In Rem* by serving it upon

MYEL GREGORY
SPECIALIST  11/20/2025  8:28am
Bank of Hawaii - 130 Merchant St. Hon. HI 96813

NAME: Eric Kalima
TITLE: Deputy U.S. Marshal (DUSM)

5

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Nov 17, 2025
Lucy H. Carrillo, Clerk of Court

SYDNEY SPECTOR #11232
CRAIG S. NOLAN
Assistant U.S. Attorneys
Room 6-100, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: Sydney.Spector@usdoj.gov
           Craig.Nolan@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 12449 EQUINE LANE IN WELLINGTON, FLORIDA, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS;<br><br>REAL PROPERTY LOCATED AT 1118 ALA MOANA BLVD. APT 16C, IN HONOLULU, HAWAII, TOGETHER WITH ALL APPURTENANCES AND | Case No. CV23-00450 JMS-RT<br><br>WARRANT FOR ARREST *IN REM* |

IMPROVEMENTS;

REAL PROPERTY LOCATED AT 61-707 PAPAILOA RD, HALEIWA, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS;

REAL PROPERTY LOCATED AT 62-117 LOKOEA PL, UNIT 1, HALEIWA, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; AND

$592,960.00 LOCATED IN BANK OF HAWAII "HNC-VICTORIA PLACE ACCOUNT" SAVINGS ACCOUNT ENDING IN 6349, AND ANY INTEREST ACCRUED THEREON SINCE ITS DEPOSIT;

Defendants *in Rem*.

## WARRANT FOR ARREST *IN REM*

TO:  UNITED STATES MARSHALS SERVICE and/or ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, on November 10, 2025, the United States of America filed a verified Amended Complaint for Forfeiture in the United States District Court for the District of Hawaii against the above-captioned defendant property, alleging that the defendant property is subject to seizure and civil forfeiture to the United States for the reasons set out in the Amended Complaint for Forfeiture; and

2

WHEREAS, on November 17, 2025, the Court issued a finding that probable cause exists to believe that the approximately $592,960.00 located in Bank of Hawaii saving account 6064946349, in the name of "HNC-Victoria Place Account," and any interest accrued thereon, which represents proceeds of the sale of CDVP1401, LLC's interest in Unit 1401 of a condominium at Victoria Place, 1100 Ala Moana Boulevard, in Honolulu, Hawaii (the "Defendant Victoria Place Proceeds") is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 981(a)(1)(A); and

WHEREAS, pursuant to Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), the Court directed the issuance of a Warrant of Arrest *in Rem* for the Defendant Victoria Place Proceeds; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant for arrest *in rem* must be delivered to a person or organization authorized to execute it, who may be a Deputy Marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court for that purpose.

NOW THEREFORE, YOU ARE HEREBY COMMANDED to arrest and take into your possession the above-captioned defendant property as soon as practicable by serving a copy of this Warrant on the custodian in whose

3

possession, custody, or control the Defendant Victoria Place Proceeds is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the Return on Warrant for Arrest *In Rem*, identifying the individual(s) upon whom copies of the Warrant of Arrest *In Rem* was served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the District of Hawaii, have caused the foregoing Warrant for Arrest *In Rem* to be issued pursuant to the authority of Supplemental Rule G(3)(b)(ii) and the applicable laws of the United States.

Dated: November 17, 2025 , at Honolulu, Hawaii



LUCY CARILLO
CLERK, United States District
Court for the District of Hawaii

By JI, Deputy Clerk
Deputy Clerk, United States
District Court for the
District of Hawaii

4