KENNETH M. SORENSON
United States Attorney
District of Hawaii

JOSEPH M. MCGINLEY HI#11488
SYDNEY SPECTOR #11232
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: joseph.mcginley@usdoj.gov
       Sydney.Spector!usdoj.gov
       Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 12449 EQUINE LANE IN WELLINGTON, FLORIDA, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS;<br><br>REAL PROPERTY LOCATED AT 1118 ALA MOANA BLVD. APT 16C, IN HONOLULU, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; | CASE NO. CV23-00450 JMS-RT<br><br>NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL ON BEHALF OF PLAINTIFF UNITED STATES OF AMERICA; CERTIFICATE OF SERVICE |
|---|---|

| |
|---|
| REAL PROPERTY LOCATED AT 61-707 PAPAILOA RD, HALEIWA, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; |
| REAL PROPERTY LOCATED AT 62-117 LOKOEA PL, UNIT 1, HALEIWA, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; AND |
| $592,960.00 LOCATED IN BANK OF HAWAII "HNC-VICTORIA PLACE ACCOUNT" SAVINGS ACCOUNT ENDING IN 6349, AND ANY INTEREST ACCRUED THEREON SINCE ITS DESPOSIT; |
| Defendants *in Rem*. |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL ON BEHALF OF PLAINTIFF UNITED STATES OF AMERICA

Assistant United States Attorney Joseph M. McGinley hereby enters his appearance on behalf of Plaintiff UNITED STATES OF AMERICA in the above-captioned case, substituting for and in place of Assistant United States Attorney Sydney Spector.

//

//

//

//

//

//

2

DATED: December 30, 2025, at Honolulu, Hawaii.

                                      KENNETH M. SORENSON
                                      United States Attorney
                                      District of Hawaii

                                            /s/ Joseph M. McGinley
                                  By_____
                                      JOSEPH M. MCGINLEY
                                      Assistant U.S. Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I hereby certify that, on this date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically via CM/ECF:

| | |
|---|---|
| KEITH Y. YAMADA, ESQ | kyamada@cades.com |
| KIRK C. HUBBARD, IV, ESQ | khubbard@cades.com |

Cades Shutte Building
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Tel (808) 521 9200

Attorneys for Claimant
BANK OF HAWAII

DATED: December 30, 2025, at Honolulu, Hawaii.

/s/ Joseph M. McGinley
_____
U. S. Attorney's office
   District of Hawaii