HARRISON LAW CENTER, ALC
William A. Harrison   #2948
American Savings Bank Tower
1001 Bishop Street, Suite 2828
Honolulu, Hawai`i 96813
Telephone Number:  (808) 523-7041
Facsimile Number:  (808) 538-7579
E-Mail:  william@harrisonlawcenter.com

Attorney for Claimant
ESTATE OF CHRISTOPHER MAILANI DAWSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CV23-00450 JMS-RT |
| | ) |
| Plaintiff, | ) ANSWER TO AMENDED |
| vs. | ) COMPLAINT FOR FORFEITURE |
| | ) FILED NOVEMBER 10, 2025; |
| REAL PROPERTY LOCATED AT | ) CERTIFICATE OF SERVICE |
| 12449 EQUINE LANE IN | ) |
| WELLINGTON, FLORIDA, | ) |
| TOGETHER WITH ALL | ) |
| APPURTENANCES AND | ) |
| IMPROVEMENTS; | ) |
| | ) |
| REAL PROPERTY LOCATED AT | ) |
| 1118 ALA MOANA BLVD. APT | ) |
| 16C, IN HONOLULU, HAWAI'I, | ) |
| TOGETHER WITH ALL | ) |
| APPURTENANCES AND | ) |
| IMPROVEMENTS; | ) |
| | ) |
| REAL PROPERTY LOCATED AT | ) |
| 61-707 PAPAILOA RD, HALE'IWA, | ) |
| HAWAI'I,, TOGETHER WITH ALL | ) |
| APPURTENANCES AND | ) |

| | |
|---|---|
| IMPROVEMENTS;<br>REAL PROPERTY LOCATED AT<br>62-117 LOKOEA PL, UNIT 1,<br>HALEʻIWA, HAWAIʻI,, TOGETHER<br>WITH ALL APPURTENANCES<br>AND IMPROVEMENTS; AND<br><br>$592,960.00 LOCATED IN BANK<br>OF HAWAIʻI, "HNC-VICTORIA<br>PLACE ACCOUNT" SAVINGS<br>ACCOUNT ENDING IN 6349, AND<br>ANY INTEREST ACCRUED<br>THEREON SINCE ITS DESPOSIT;<br><br>Defendants *in Rem*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER TO AMENDED COMPLAINT FOR FORFEITURE

The Estate of Christopher Mailani Dawson, by Special Administrator and Co-Trustee Donne Frances Leinani Dawson (collectively, "Claimants"), answers the Amended Complaint as follows. Paragraph numbers correspond to those in the Amended Complaint. To the extent any allegation is not expressly admitted herein, it is denied.

## NATURE OF THE ACTION

1. Paragraphs 1-2: Claimants lack knowledge or information sufficient to form a belief as to the truth or veracity of the facts set forth in the above reference paragraphs and therefore deny the same and leave Plaintiff to its proof.

2

## THE DEFENDANTS *IN REM*

2. Paragraph 3 (a) – (c):   Claimants admit only that the Amended Complaint identifies the Equine Lane property and alleges it is titled in the name of Christopher M. Dawson. The Amended Complaint alleges that Professional Bank may have a mortgage interest recorded July 1, 2021, Document Number 20210308148 on the Equine Lane property. It further alleges the Wellington Equestrian Club Master Association, Inc. may have an interest by virtue of recorded covenants. Claimants lack knowledge or information sufficient to form a belief regarding the complete legal effect of any referenced public records and therefore deny the same and leave Plaintiff to its proof.

3. Paragraph 4(a) – (b):   Claimants admit only that the Amended Complaint identifies the 1118 Ala Moana property and alleges it is titled in the name of Christopher M. Dawson. The Amended Complaint alleges Bank of Hawaiʻi may have a mortgage recorded as Document Number A-71180553. Claimants lack knowledge or information sufficient to form a belief regarding any lien or mortgage information, therefore deny the same and leave Plaintiff to its proof.

4. Paragraphs 5(a) – (b):   Claimants admit only that the Amended Complaint identifies the Papailoa Road property and alleges it is titled in the name

of Christopher Dawson. The Amended Complaint alleges Bank of Hawaii may have mortgages recorded January 17, 2019 as Document Numbers A-69560223 and A-69560224. Claimants lack knowledge or information sufficient to form a belief regarding lien or mortgage information, therefore deny the same and leave Plaintiff to its proof.

    5.    Paragraphs 6(a) –(b):   Claimants admit only that the Amended Complaint identifies the Lokoea Place property and alleges it is titled in the name of Dawson Group, Inc. The Amended Complaint alleges American Savings Bank, F.S.B. may have an interest by virtue of a UCC financing statement recorded September 20, 2022 as Document Number A-82980307. Claimants lack knowledge or information sufficient to form a belief regarding any lien, UCC filings, or bank information, therefore deny same and leave Plaintiff to its proof.

    6.  Paragraph 7:   Claimants admit only that the Amended Complaint identifies a condominium unit 1401 of Victoria Place, 1100 Ala Moana Boulevard, Honolulu, Hawaii in which Christopher M. Dawson has a right title and interest in. The Amended Complaint alleges that proceeds of $592,960.00 related to the sale of an interest in Unit 1401 of Victoria Place are in a Bank of Hawaiʻi savings account ending in 6349 named "HNC-Victoria Place Account." Claimants lack knowledge or information sufficient to form a belief as to the details of any bank account

balances or banking arrangements, therefore deny same and leave Plaintiff to its proof.

7. Paragraphs 8(a) –(c):   Claimants lack knowledge or information sufficient to form a belief as to the facts as set forth in this paragraph, therefore deny same and leave Plaintiff to its proof.

8. Paragraph 9:   Claimants lack knowledge or information sufficient to form a belief as to the facts as set forth in this paragraph, therefore deny same and leave Plaintiff to its proof.

**JURISDICTION AND VENUE:**

9. Paragraph 10:   Denied.

10. Paragraph 11:   Denied.

11. Paragraph 12:   Denied.

**BASIS FOR FORFEITURE**

12. Paragraph 13:   Denied.

13. Paragraph 14:   Denied.

**FACTS**

14. Paragraph 15.   Claimants lack knowledge or information sufficient to form a belief as to the facts as set forth in this paragraph, therefore deny same and leave Plaintiff to its proof.

15. Paragraph 16: Claimants lack knowledge or information sufficient to form a belief as to the facts as set forth in this paragraph, therefore deny same and leave Plaintiff to its proof.

16. Paragraph 17: Claimants lack knowledge or information sufficient to form a belief as to the facts as set forth in this paragraph, therefore deny same and leave Plaintiff to its proof.

17. Paragraph 18: Claimants lack knowledge or information sufficient to form a belief as to the facts as set forth in this paragraph, therefore deny same and leave Plaintiff to its proof.

18. Paragraphs 19(a) –(h): Claimants lack knowledge or information sufficient to form a belief as to the facts as set forth in this paragraph, therefore deny same and leave Plaintiff to its proof.

19. Paragraphs 20(a) –(c): Claimants lack knowledge or information sufficient to form a belief as to the facts as set forth in this paragraph, therefore deny same and leave Plaintiff to its proof.

20. Paragraphs 21 through 29: Claimants lack knowledge or information sufficient to form a belief as to the facts as set forth in paragraph 21-28, therefore deny same and leave Plaintiff to its proof.

21. Paragraphs 30 through 58: Claimants categorically and specifically deny any allegation of wrongdoing, illegality, fraud, embezzlement, or misconduct attributed to the Estate of Christopher M. Dawson, or to the decedent Christopher M. Dawson as alleged in the above paragraphs and sub-parts, and deny that any defendant property is subject to forfeiture.

**AFFIRMATIVE DEFENSES**

22. **First Affirmative Defense** — Failure to State a Claim

The Amended Complaint fails to state a claim upon which forfeiture may be granted.

23. **Second Affirmative Defense** — Innocent Owner (18 U.S.C. § 983(d)). Claimants are the innocent owners of the property sought to be forfeited.

Claimants are innocent owners of all Defendant Properties.

24. **Third Affirmative Defense** — Lawful Source of Funds

All Defendant Properties were acquired through legitimate, lawful means.

25. **Fourth Affirmative Defense** — Due Process

The forfeiture sought violates the Fifth Amendment.

26. **Fifth Affirmative Defense** — Excessive Fines

The forfeiture sought violates the Eighth Amendment.

27. **Sixth Affirmative Defense** — Statute of Limitations / Laches

Plaintiff's claims are barred in whole or in part.

28.  **Seventh Affirmative Defense** — Lack of Nexus

Plaintiff cannot establish a substantial connection between any Defendant Property and any alleged offense.

29.  **Eighth Affirmative Defense** — Reservation of Rights

Claimants reserve the right to assert additional defenses as discovery proceeds.

## PRAYER FOR RELIEF

WHEREFORE, Claimants respectfully request that the Court:

1.  Dismiss the Amended Complaint with prejudice;

2.  Order the release of all Defendant Properties;

3.  Award costs, fees, and interest as permitted by law; and

4.  Grant such other relief as the Court deems just and proper.

Dated: Honolulu, Hawaiʻi, January 5, 2026.

_____
WILLIAM A. HARRISON
Attorney for THE ESTATE OF
 CHRISTOPHER MAILANI DAWSON

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing will be duly served after filing, by email (ECF) or by mail, postage prepaid, on the following parties at their last known addresses:

>SYDNEY SPECTOR #11232
>CRAIG S. NOLAN
>Assistant U.S. Attorneys
>Room 6-100, Federal Building
>Ala Moana Boulevard
>Honolulu, Hawaii 96850
>Telephone: (808) 541-2850
>Email: Sydney.Spector@usdoj.gov
>Craig.Nolan@usdoj.gov
>
>Attorneys for Plaintiff
>UNITED STATES OF AMERICA

Dated: at Honolulu, Hawai`i, January 5, 2026.

_____
WILLIAM A. HARRISON
Attorney for ESTATE OF
CHRISTOPHER MAILANI DAWSON