IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 12449 EQUINE LANE IN WELLINGTON, FLORIDA, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS, ETC.,<br><br>　　　　Defendants *in Rem*. | CIV. NO. 23-00450 JMS-RT<br><br>ORDER OF RECUSAL |

## ORDER OF RECUSAL

This court hereby recuses itself on its own motion from any and all proceedings in the above-captioned matter in order to avoid any appearance of impropriety.  This case is referred to the Clerk's Office for reassignment.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, January 12, 2026.



　　　　　　　　　　　　　　　　　/s/ J. Michael Seabright
　　　　　　　　　　　　　　　　J. Michael Seabright
　　　　　　　　　　　　　　　　United States District Judge