IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV. NO. 23-00450 MWJS-RT |
| Plaintiff, | ORDER OF RECUSAL |
| vs. | |
| REAL PROPERTY, ET AL., | |
| Defendants. | |

## ORDER OF RECUSAL

To avoid the appearance of impropriety, a conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all further proceedings in this case.  This matter is returned to the Clerk's Office for reassignment.

IT IS SO ORDERED.

DATED:  January 12, 2026, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge