ERIKA L. AMATORE           8580
KEONI M. WILLIAMS          11857

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email:    erika.amatore@dentons.com
          keoni.williams@dentons.com

Attorneys for Claimant
HAWAIIAN NATIVE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 12449 EQUINE LANE IN WELLINGTON, FLORIDA, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS;<br><br>REAL PROPERTY LOCATED AT 1118 ALA MOANA BLVD. APT 16C, IN HONOLULU, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS;<br><br>REAL PROPERTY LOCATED AT 61-707 PAPAILOA RD, HALEIWA, | Case No. 1:23-cv-00450 LEK-RT<br><br>**VERIFIED CLAIM OF THE HAWAIIAN NATIVE CORPORATION**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*caption continued* |

HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS;

REAL PROPERTY LOCATED AT 62-117 LOKOEA PL, UNIT 1, HALEIWA, HAWAII, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS; AND

$592,960.00 LOCATED IN BANK OF HAWAII "HNC-VICTORIA PLACE ACCOUNT" SAVINGS ACCOUNT ENDING IN 6349, AND ANY INTEREST ACCRUED THEREON SINCE ITS DEPOSIT

        Defendants in *Rem*.

## VERIFIED CLAIM OF THE HAWAIIAN NATIVE CORPORATION

The Hawaiian Native Corporation ("HNC") hereby submits this verified claim pursuant to Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and in response to the Notice of Civil Forfeiture Action filed on November 20, 2025 (Dkt. 16).

1. 12449 Equine Lane, Wellington, Florida

HNC asserts a claim to the real property located at 12449 Equine Lane, Wellington, Florida, designated as Parcel Identification Number 73-42-44-22-01-000-0670, together with all appurtenances and improvements ("**Equine Lane**"), for the reasons set forth in paragraphs 15-42 and 56 of the Amended Complaint for Forfeiture filed November 10, 2025 (Dkt. 10) (the "**Complaint**").  The Equine Lane property is traceable to funds improperly diverted by Christopher M. Dawson ("**Mr. Dawson**") and/or others acting at his direction or in concert with him, from HNC and/or its subsidiaries, and thereafter used to purchase Equine Lane, as part of a scheme to defraud HNC and its subsidiaries.  HNC is therefore the owner of the property to the full extent any interest in the property is traceable to the diverted funds.

2. 1118 Ala Moana Boulevard, Apartment 16c, Honolulu, Hawaiʻi

HNC asserts a claim to the real property located at 1118 Ala Moana Boulevard, Apartment 16c, Honolulu, Hawaiʻi, designated as Tax Map Key (1) 2-3-

001-127-0073, together with all appurtenances and improvements ("**Ala Moana**"), for the reasons set forth in paragraphs 15-38, 45-47, and 56 of the Complaint.  The Ala Moana property is traceable to funds improperly diverted by Mr. Dawson and/or others acting at his direction or in concert with him, from HNC and/or its subsidiaries and thereafter used to purchase Ala Moana, as part of a scheme to defraud HNC and its subsidiaries.  HNC is therefore the owner of the property to the full extent any interest in the property is traceable to the diverted funds.  In addition, Mr. Dawson used proceeds of a home equity line of credit on Papailoa (defined below) to purchase Ala Moana.

    3. <u>61-707 Papailoa Road, Haleiwa, Hawai'i</u>

HNC asserts a claim to the real property located at 61-707 Papailoa Road, Haleiwa, Hawai'i, designated as Tax Map Key (1) 6-1-004-073, together with all appurtenances and improvements ("**Papailoa**"), for the reasons set forth in paragraphs 15-38, 48-50, and 56 of the Complaint.  The Papailoa property is traceable to funds improperly diverted by Mr. Dawson and/or others acting at his direction or in concert with him, from HNC and/or its subsidiaries and thereafter used to purchase Papailoa as part of a scheme to defraud HNC and its subsidiaries.  HNC is therefore the owner of the property to the full extent any interest in the property is traceable to the diverted funds.

    4. <u>62-117 Lokoea Place, Unit 1, Haleiwa, Hawai'i</u>

HNC asserts a claim to the real property located at 62-117 Lokoea Place, Unit 1, Haleiwa, Hawaiʻi, Tax Map Key (1) 6-2-003:006, together with all appurtenances and improvements ("**Lokoea**"), for the reasons set forth in paragraphs 15-38, 43-44, and 56 of the Complaint.  The Lokoea property is traceable to funds improperly diverted by Mr. Dawson and/or others acting at his direction or in concert with him, from HNC and/or its subsidiaries, and thereafter used to purchase Lokoea as part of a scheme to defraud HNC and its subsidiaries.  HNC is therefore the owner of the property to the full extent any interest in the property is traceable to the diverted funds.  On or about December 27, 2023, HNC subsidiary Dawson Federal, Inc. obtained legal title to, and took possession of Lokoea.  On or about December 31, 2025, Dawson Federal, Inc. merged with HNC subsidiary Dawson Technical Inc., which presently holds title to the property.

5. $592,960.00 in Bank of Hawaii "HNC-Victoria Place Account"

HNC asserts a claim to the proceeds of the sale of 1100 Ala Moana Boulevard, Unit 1401, Honolulu, Hawaiʻi ("**Victoria Place**"), consisting of $592,960.00, plus interest, held in Bank of Hawaii savings account ending 6349 and named "HNC-Victoria Place Proceeds", for the reasons set forth in paragraphs 15-38, 51-55, and 56 of the Complaint.  Victoria Place was acquired by Mr. Dawson with funds improperly diverted by him and/or others acting at his direction or in concert with him, from HNC and/or its subsidiaries as part of a scheme to defraud HNC and its

subsidiaries. Mr. Dawson thereafter sold his interest in Victoria Place and deposited the net proceeds into the Bank of Hawaii savings account. HNC is therefore the owner of the funds on deposit to the full extent said funds are traceable to the diverted funds.

    DATED: Honolulu, Hawaiʻi, January 16, 2026.

                        /s/ Erika L. Amatore
                        ERIKA L. AMATORE
                        KEONI M. WILLIAMS

                        Attorneys for Claimant
                        HAWAIIAN NATIVE CORPORATION

    I, ALLEN K. HOE, am Chairman of the Board of Directors of the Hawaiian Native Corporation and am authorized to make this verification on behalf of the company. I have read the above verified claim and declare under penalty of perjury under the laws of the United States of America that the statements herein are true and correct to the best of my knowledge.

    DATED: Honolulu, Hawaiʻi, January 15, 2026

                        /s/ Allen K. Hoe
                        ALLEN K. HOE
                        Chairman, Hawaiian Native Corporation