KENNETH M. SORENSON
United States Attorney
District of Hawaii

CRAIG S. NOLAN
JOSEPH MCGINLEY HI#11488
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email:   Craig.Nolan@usdoj.gov
         Joseph.McGinley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 12449 EQUINE LANE IN WELLINGTON, FLORIDA, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS, ETC.,<br><br>    Defendants *in Rem*.<br><br>BANK OF HAWAII,<br><br>    Claimant. | Case No. CV23-00450 LEK-RT<br><br>STIPULATION REGARDING FORECLOSURE OF 12449 EQUINE LANE PROPERTY; ORDER |

Plaintiff United States of America and anticipated-claimant Seacoast National Bank ("Seacoast"), hereby stipulate to the following with respect to the defendant real property located at 12449 Equine Lane in Wellington, Florida (the "Equine Lane Property"):

1.  On November 6, 2023, the United States initiated the above-captioned civil forfeiture action, alleging that various properties, including the Equine Lane Property, are subject to forfeiture to the United States as property involved in money laundering and/or property which constitutes or is derived from proceeds traceable to a specified unlawful activity, specifically wire fraud. (ECF No. 1.)

2.  On November 16, 2023, the United States recorded a Notice of Pendency of Action as to the Equine Lane Property ("NOPA," ECF No. 3) in Palm Beach County, Florida.

3.  On or about November 20, 2025, pursuant to the Court's order unsealing the matter and granting a limited lift of the stay, the United States provided notice of the above-captioned civil forfeiture action to various potential claimants, including Seacoast.

4.  On December 1, 2025, counsel for Seacoast informed counsel for the United States that, in early 2025, it had initiated a foreclosure proceeding against the Equine Lane Property in Florida state court in Palm Beach County. *See* Case No. 50-2025-CA-001103-XXXA-MB. Seacoast stated that it had noticed all

interested parties, and no one appeared.  Seacoast asserted that it had appropriately accounted for the interest asserted in the recorded NOPA because it had served the U.S. Attorney's Office in the Southern District of Florida ("USAO-SDFL"), even though the NOPA clearly listed the U.S. Attorney's Office for the District of Hawaii ("USAO-HI").  Accordingly, Seacoast asserted that it planned to proceed with the "Uncontested Motion for Summary Judgment" hearing scheduled for two days later, on December 3, 2025.

     5.    At the hearing, the Florida state court granted the motion, and set the sale date for January 7, 2026, at 10:00.

     6.    The United States believes that it has grounds to vacate the foreclosure sale due to (1) this Court's primary *in rem* jurisdiction over the Equine Lane Property, and (2) Seacoast's service of the USAO-SDFL (which had no awareness of the civil forfeiture action), instead of the USAO-HI.  However, to further judicial efficiency and avoid unnecessary expenses by the parties, the United States agrees to let the foreclosure sale proceed, so long as:

        a.    Seacoast provides copies of all future filings in the foreclosure action to all counsel of record for the United States in the above-captioned civil forfeiture action;

   b. Upon the occurrence of the foreclosure sale, Seacoast immediately informs all counsel of record for the United States in the above-captioned civil forfeiture action of the amount of any surplus proceeds; and

   c. Seacoast cooperates with the United States in its efforts to seize any surplus proceeds of the foreclosure sale, including by seizure warrant or warrant of arrest in rem, and substitute such proceeds as the defendant res for the Equine Lane Property in this civil forfeiture action.

 7. A foreclosure sale was held on January 7, 2026, and the property was sold to the highest bidder.

 8. On January 16, 2026, the Special Administrator of the Christopher M. Dawson Estate, through counsel, filed an Objection to Foreclosure Sale in Florida state court. The objection seeks, *inter alia*, to have the foreclosure sale overturned.

 9. On January 19, 2026, the high bidder at the January 7, 2026, foreclosure sale moved to intervene in the state court lawsuit to assert his interests as third party purchaser.

 10. On January 27, 2026, this Court held a status conference for this case. Counsel for the United States represented that the United States would wait for the state court litigation to resolve before determining whether to dismiss its claim against the property.

11. On January 30, 2026, counsel met and conferred about the deadline for Seacoast to file a verified claim, given the recent developments. The prior deadline to file verified claims expired January 20, 2026, and the Parties had previously anticipated that the foreclosure sale would result in the dismissal of the government's claim related to this property.

12. Counsel agree and stipulate that Seacoast should be permitted to file its Verified Claim on or before February 9, 2026, and its Answer on or before February 13, 2026.

Respectfully submitted,

Dated: February 5, 2026

KENNETH M. SORENSON
United States Attorney
District of Hawaii

 /s/     *Joseph M. McGinley*
CRAIG S. NOLAN
JOSEPH MCGINLEY
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: February 5, 2026

   /s/   *Christopher P. St. Sure*
Christopher P. St. Sure
Goodsill, Anderson, Quinn & Stifel
Attorney for Claimant
SEACOAST NATIONAL BANK

Jonathan K. Osborne, Esq.
Florida Bar No.: 95693
Email: josborne@gunster.com
Brandee Corrine Permenter, Esq.
Florida Bar No.: 1058117
Email: bpermenter@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
450 East Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000

Attorneys for Claimant
SEACOAST NATIONAL BANK
*Pending Admission to Appear Pro Hac Vice*

//

//

//

//

//

APPROVED AND SO ORDERED.

Date: February 5, 2026



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

---

*United States v. Real Property Located at 12449 Equine Lane, etc.*, Civ. No. 23-00450 LEK-RT; STIPULATION REGARDING FORECLOSURE OF EQUINE LANE PROPERTY; ORDER